AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Latrice Lashell Brown
3685 Jay Street, NE #101
Washington, D.C.  20019

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I      CASEY R. STUMPF                       being duly sworn depose and say:

I am a(n)    Special Agent United States Secret Secret Service (USSS), Department of Homeland Security   and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
**3685 Jay Street, NE, #101, Washington, D.C. 20019.  The Premise is the first floor apartment of a two story, red brick apartment building.  The main entrance to the apartment building is a black door. The building number "3685" is located over the main door way. The apartment number is "101" located on the left hand side of the hallway just prior to the stairs that lead up.  The door to apartment "101" is brown in color.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**SEE ATTACHMENT "B" OF THE AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**
concerning a violation of Title  18  United States Code, Section(s)  § 1029  The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

STEVEN B. WASSERMAN
Federal Major Crime Section
(202) 307-0031

Signature of Affiant
CASEY R. STUMPF,  Special Agent
United States Secret Service (USSS)
Department of Homeland Security

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer