AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

LATRICE LASHELL BROWN
3685 JAY ST NE #101
WASHINGTON, D.C. 20019

**SEARCH WARRANT**

CASE NUMBER: 06-272

**FILED**
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: __CASEY R. STUMPF__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SA CASEY R. STUMPF__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

3685 Jay Street, NE, #101, Washington, D.C. 20019. The Premise is the first floor apartment of a three story, red brick apartment building. The main entrance to the apartment building is a light gray door. The building number "3685" is located over the main door way. The apartment number is "101" located on the left hand side of the hallway just prior to the stairs that lead up. The door to apartment "101" is brown in color.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "B" OF AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____Jun 25, 2006_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 1 5 2006
_____    at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____    _____
Name and Title of Judicial Officer          Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

FILED

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____  06/26/06
U.S. Judge or U.S. Magistrate Judge     Date

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
3685 JAY ST NE # 101
WASHINGTON, DC 20019
FIRST FLOOR 2 BDRM APT

**Investigation Number:**
115
**Starting Date and Time:**
06/21/2006 06:30 AM
**Ending Date and Time:**
06/21/2006 08:41 AM

**Report Date:**
Wednesday, June 21, 2006

---

**Control #:** 1
**Location:** BEDROOM 2 CLOSET
**Found:** 3685 JAY ST NE #101 WDC
**Description:** Seized Per Warrant   ONE (1) MACY'S RECEIPT (SUNGLASSES)
**Evidence Box:**
**Locator Code:**

---

**Control #:** 2
**Location:** LINEN CLOSET
**Found:** 3685 JAY ST NE #101 WDC
**Description:** Seized Per Warrant   ONE (1) T-MOBILE CELL PHONE - TB78754828
**Evidence Box:**
**Locator Code:**

---

**Control #:** 3
**Location:** LINEN CLOSET
**Found:** 3685 JAY ST NE #101 WDC
**Description:** Seized Per Warrant   IPOD BOX
**Evidence Box:**
**Locator Code:**

---

**Control #:** 4
**Location:** LIVING ROOM
**Found:** 3685 JAY ST NE #101 WDC
**Description:** Seized Per Warrant   ONE (1) IPOD VIDEO 4J549P9YSZA (GOGB) W/ CASE & EARPHONES
**Evidence Box:**
**Locator Code:**

---

**Control #:** 5
**Location:** LINEN CLOSET
**Found:** 3685 JAY ST NE #101 WDC
**Description:** Seized Per Warrant   PARTIAL T-MOBILE PHONE BILL
**Evidence Box:**
**Locator Code:**

---

**Control #:** 6
**Location:** KITCHEN
**Found:** 3685 JAY ST NE #101 WDC
**Description:** Seized Per Warrant   T-MOBILE ACCOUNT STATEMENT IN NAME OF 'MIGUEL MCDONALD'
**Evidence Box:**
**Locator Code:**

---

**Control #:** 7
**Location:** LIVING ROOM
**Found:** 3685 JAY ST NE #101 WDC
**Description:** Seized Per Warrant   ONE (1) PANASONIC SURROUND SOUND SUB WOOFER, M/N SB-WA930, LQ5FB009040
**Evidence Box:**
**Locator Code:**

| Control #: | 8 | Evidence Box: |
|---|---|---|
| Location: | KITCHEN | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   IPOD BOX | |

| Control #: | 9 | Evidence Box: |
|---|---|---|
| Location: | BEDROOM 2 | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   PSP VIDEO GAMES | |

| Control #: | 10 | Evidence Box: |
|---|---|---|
| Location: | LIVING ROOM | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   PSP GAMES | |

| Control #: | 11 | Evidence Box: |
|---|---|---|
| Location: | KITCHEN | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   THREE (3) MACY'S RECEIPTS, ONE (1) MERCHANDISE TAG | |

| Control #: | 12 | Evidence Box: |
|---|---|---|
| Location: | BEDROOM 2 CLOSET | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   ONE (1) SONY HANDYCAM S340878 | |

| Control #: | 13 | Evidence Box: |
|---|---|---|
| Location: | BEDROOM 2 CLOSET | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   ONE (1) PORTABLE PLAY STATION WITH BOX AND BAG (2 ITEMS), S/N PP128509607-PCP1001 | |

| Control #: | 14 | Evidence Box: |
|---|---|---|
| Location: | LIVING ROOM | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   DVD'S | |

| Control #: | 15 | Evidence Box: |
|---|---|---|
| Location: | BEDROOM 2 | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   MOVIES | |

| Control #: | 16 | Evidence Box: |
|---|---|---|
| Location: | BEDROOM 2 | Locator Code: |
| Found: | 3685 JAY ST NE #101 WDC | |
| Description: | Seized Per Warrant   MISC CREDIT CARDS, ID'S, AND PAPERWORK | |

| | | |
|---|---|---|
| **Control #:** | 17 | **Evidence Box:** |
| **Location:** | LIVING ROOM | **Locator Code:** |
| **Found:** | 3685 JAY ST NE #101 WDC | |
| **Description:** | Seized Per Warrant   PANASONIC SPEAKER SYSTEM (3 ITEMS) - 2 ITEMS CONTAIN S/N TN5FA002813 & M/N SBFS931- ONE ITEM CONTAINS S/N TT5FB006637 & M/N SBPC930 | |

| | | |
|---|---|---|
| **Control #:** | 18 | **Evidence Box:** |
| **Location:** | BEDROOM 2 | **Locator Code:** |
| **Found:** | 3685 JAY ST NE #101 WDC | |
| **Description:** | Seized Per Warrant   ASSORTED PAPERS W/ SSN | |

| | | |
|---|---|---|
| **Control #:** | 19 | **Evidence Box:** |
| **Location:** | LIVING ROOM | **Locator Code:** |
| **Found:** | 3685 JAY ST NE #101 WDC | |
| **Description:** | Seized Per Warrant   ONE (1) PANASONIC DVD HOME THEATER SOUND SYSTEM - S/N DA5FE006705, M/N SA-HT980 | |

| | | |
|---|---|---|
| **Control #:** | 20 | **Evidence Box:** |
| **Location:** | LIVING ROOM | **Locator Code:** |
| **Found:** | 3685 JAY ST NE #101 WDC | |
| **Description:** | Seized Per Warrant   ITEM 1 OF 2 - PANASONIC SPEAKER SYSTEM M/N SBFS930, S/N TN5FA005939 | |

| | | |
|---|---|---|
| **Control #:** | 21 | **Evidence Box:** |
| **Location:** | LIVING ROOM | **Locator Code:** |
| **Found:** | 3685 JAY ST NE #101 WDC | |
| **Description:** | Seized Per Warrant   ITEM 2 OF 2 - PANASONIC SPEAKER SYSTEM M/N SBFS930, S/N TN5FA005939 | |

| | | |
|---|---|---|
| **Control #:** | 22 | **Evidence Box:** |
| **Location:** | BEDROOM 2 | **Locator Code:** |
| **Found:** | 3685 JAY ST NE #101 WDC | |
| **Description:** | Seized Per Warrant   WALMART RECEIPT SIGNED 'CANDICE CHARLES | |

| | | |
|---|---|---|
| **Control #:** | 23 | **Evidence Box:** |
| **Location:** | LIVING ROOM | **Locator Code:** |
| **Found:** | 3685 JAY ST NE #101 WDC | |
| **Description:** | Seized Per Warrant   ONE (1) VTECH PHONE MODEL i5871, 5.8 GHz | |

| | | |
|---|---|---|
| **Control #:** | 24 | **Evidence Box:** |
| **Location:** | LIVING ROOM | **Locator Code:** |
| **Found:** | 3685 JAY ST NE #101 WDC | |
| **Description:** | Seized Per Warrant   ONE (1) SONY TRINITON COLOR TV, M/N KV-32FS120, S/N 4347089 WITH REMOTE | |